Christopher E. Brumfiel (SBN 214866)
E-mail: cbrumfiel@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants
CITY OF RIALTO, OFFICE MATTHEWS and OFFICER LAMM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA VALENZUELA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIALTO, a California public entity; OFFICER MATTHEWS (First Name Unknown), individually and in his capacity as a City of Rialto Police Officer; OFFICER LAMM (First Name Unknown), individually and in his capacity as a City of Rialto Police Officer; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No. 5:23-cv-00897-CV-SHKx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Cynthia Valenzuela |

　　　　PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court hereby approves the Stipulation and Protective Order.

**IT IS SO ORDERED.**

DATE: 05/02/2025                    BY: _____
                                       Hon. Shashi H. Kewalramani
                                       United States Magistrate Judge

4934-0041-5804 v1                              1