JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANCA VALENZUELA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIALTO, a California public entity, *et al.*,<br><br>Defendants. | Case No. 5:23-cv-00897-CV (SHKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

On May 26, 2026, the Parties filed a Stipulation and Joint Request re Dismissal of Entire Action with Prejudice. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. Plaintiff's first claim for relief for excessive force under the Fourth Amendment pursuant to 42 U.S.C. § 1983 against defendants Officer Rusty Lamm and Does 1 through 25 is dismissed with prejudice;

2. Plaintiff's second claim for relief for violation of the Bane Act pursuant to Cal. Civ. Code § 52.1 against defendants Officer Rusty Lamm, Does 1 through 25, and the City of Rialto is dismissed with prejudice;

3. Plaintiff's third claim for relief for battery under California state law against defendants Officer Rusty Lamm, Does 1 through 25, and the City of Rialto is dismissed with prejudice;

4. Plaintiff's fourth claim for relief for negligence under California state law against defendants Officer Rusty Lamm, Does 1 through 25, and the City of Rialto is dismissed with prejudice;

5. Plaintiff's claim for punitive damages is dismissed with prejudice;

6. Any and all remaining claims/causes of action against any and all defendants are dismissed with prejudice in their entirety; and

7. This dismissal with prejudice constitutes a mutual waiver of fees and costs pursuant to the stipulation of the Parties.

**IT IS SO ORDERED.**

Dated: 7/8/26 By: Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE